| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 12 minutes | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Brenda Lopez | | | ~~REPORTER~~/DIGITAL RECORDING: 10:39-10:51 | |
| MAGISTRATE JUDGE Sallie Kim | DATE 12/16/2024 | | | NEW CASE ☐ | CASE NUMBER 24-cr-00567-JD-4 |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT Joanna O'Donnell | AGE 56 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Editte Lerman (Bar # 241471) | PD. ☐  RET. ☒ APPT. ☐ | |
| U.S. ATTORNEY Robert Rees | INTERPRETER N/A | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Allyse Johnson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR Held | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 100,000 Unsecured | SPECIAL NOTES | ☒ PASSPORT TO BE SURRENDERED to PTS in Southern California DATE: 12/20/2024 |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 12/20/2024 | ☐ ATTY APPT HEARING | ☒ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 10:30 AM by Zoom Webinar | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS re: |
| BEFORE HON. Judge Kim | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Government and defense agreed to defendants release. Defendant lives in Southern California. No objections to remote appearances. The next hearing will be held by Zoom Webinar. Pretrial interview to be held after today's hearing. Time excluded from 12/16/2024 to 12/20/2024. The Court ordered the entire case unsealed. Defendant admonished re bond conditions. Bond signed in Court on 12/16/2024. A copy was sent to all parties and USMS on 12/16/2024.

DOCUMENT NUMBER: